

No. 15–0225/AR. U.S. v. Neftaly Platero. CCA 20120620. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted up to and including February 27, 2015.

No. 15–0284/AF. U.S. v. James E. Burke, III. CCA S32137. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted up to and including February 10, 2015.

No. 15–0291/NA. U.S. v. Kevin P. Shippee. CCA 860285. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 11, 2015.

Friday, January 30, 2015